560

396 A.2d 46

Commonwealth v. Piner, Appellant.
Commonwealth v. Williams, Appellant.
Commonwealth v. Horsley, Appellant.

Submitted April 11, 1977. Ralph T. Forr, Jr., Assistant Public Defender, for appellants; Donald E. Speice, Assistant District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.